Emily Ward Buzanis, Graves Circuit Clerk
1102 Paris Road, Suite 21
Mayfield, KY 42066

**USPS CERTIFIED MAIL**

9236 0901 9403 8331 0879 38

Case Number: 23-CI-00272

Restricted Delivery

ACON INVESTMENTS, LLC
PRINCIPAL OFFICER ACON INVESTMENTS
1133 CONNECTICUT AVENUE NW, SUITE 700
WASHINGTON, DC 20036



### KCOJ eFiling Cover Sheet

Case Number: 23-CI-00272
Envelope Number: 6620607
Package Retrieval Number: 662060745060280@00000099785
Service by: Certified Mail
Service Fee: $ 0.00
Postage Fee: $ 16.11

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Page 1 of 1                                        Generated: 9/21/2023 2:33:06 PM

Presiding Judge: HON. KEVIN D. BISHOP (652418)
Package : 000001 of 000016



This page was intentionally left blank

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **23-CI-00272**<br>Court: **CIRCUIT**<br>County: **GRAVES** |

*Plantiff,* **KILLIAN, LESLIE ET AL VS. MIDEA GROUP CO., LTD. ET AL**, *Defendant*

TO:  **ACON INVESTMENTS, LLC**
     **PRINCIPAL OFFICER ACON INVESTMENTS**
     **1133 CONNECTICUT AVENUE NW, SUITE 700**
     **WASHINGTON, DC 20036**

The Commonwealth of Kentucky to Defendant:
**ACON INVESTMENTS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Emily Ward Buzanis*
Graves Circuit Clerk
Date: **9/21/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 662060745060280@00000099785
CIRCUIT: 23-CI-00272 Certified Mail
KILLIAN, LESLIE ET AL VS. MIDEA GROUP CO., LTD. ET AL



Page 1 of 1

 

This page was intentionally left blank

**ELECTRONICALLY FILED**

NO. _____                                         GRAVES CIRCUIT COURT
                                                      DIVISION _____

**LESLIE KILLIAN**                                                  **PLAINTIFF**
2490 Wray Road
Wingo, KY 42088

and

**GARY KILLIAN**                                                    **PLAINTIFF**
2490 Wray Road
Wingo, KY 42088

vs.                    **COMPLAINT AND JURY DEMAND**

**MIDEA GROUP CO., LTD.**                                           **DEFENDANT**
Block B, Midea Headquarters Building
No. 6 Midea Avenue
Beijiao Town, Shunde District
Foshan City, Guangdong Province, 528311 CHINA

     SERVE:    **MIDEA GROUP CO., LTD.**
                          Block B, Midea Headquarters Building
                          No. 6 Midea Avenue
                          Beijiao Town, Shunde District
                          Foshan City, Guangdong Province, 528311 CHINA

**GD MIDEA AIR CONDITIONING EQUIPMENT CO., LTD**       **DEFENDANT**
Block B, Midea Headquarters Building
No. 6 Midea Avenue
Beijiao Town, Shunde District
Foshan City, Guangdong Province, 528311 CHINA

     SERVE:    **GD MIDEA AIR CONDITIONING EQUIPMENT CO. LTD**
                          Block B, Midea Headquarters Building
                          No. 6 Midea Avenue
                          Beijiao Town, Shunde District
                          Foshan City, Guangdong Province, 528311 CHINA

**MIDEA AMERICA CORP.**                                             **DEFENDANT**
300 Kimball Drive, Suite 201
Parsippany, NJ 07054

     SERVE:    **CORPORATION SERVICE COMPANY**

421 West Main Street
Frankfort, KY 40601

AND
SERVE: **MANAGING OFFICER**
**MIDEA AMERICA CORP.**
300 Kimball Drive, Suite 201
Parsippany, NJ 07054

AND
SERVE: **CORPORATION SERVICE COMPANY**
1201 Hays Street
Tallahassee, FL 32301

AND
SERVE: **MICHAEL G. ADAMS**
**KENTUCKY SECRETARY OF STATE**
P.O. Box 718
Frankfort, KY 40602-0718

**TRUE VALUE COMPANY, LLC**                                              **DEFENDANT**
8600 W. Bryn Mawr Ave.
Chicago, IL 60631

SERVE: **ILLINOIS CORPORATION SERVICE COMPANY**
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

AND
SERVE: **PRINCIPAL OFFICER**
**TRUE VALUE COMPANY, LLC**
8600 W. Bryn Mawr Ave.
Chicago, IL 60631

AND
SERVE: **CORPORATION SERVICE COMPANY**
251 Little Falls Drive
Wilmington, DE 19808

AND
SERVE: **MICHAEL G. ADAMS**
**KENTUCKY SECRETARY OF STATE**
P.O. Box 718
Frankfort, KY 40602-0718

| | | |
|---|---|---|
| **TRUE VALUE COMPANY** | | **DEFENDANT** |
| 8600 W. Bryn Mawr Ave. | | |
| Chicago, IL  60631 | | |

  SERVE: **MICHAEL G. ADAMS**
      **KENTUCKY SECRETARY OF STATE**
      P.O. Box 718
      Frankfort, KY  40602-0718

  AND
  SERVE: **PRINCIPAL OFFICER**
      **TRUE VALUE COMPANY**
      8600 W. Bryn Mawr Ave.
      Chicago, IL  60631

**ACON INVESTMENTS, LLC**          **DEFENDANT**
1133 Connecticut Avenue NW, Suite 700
Washington, DC  20036

  SERVE: **CORPORATION TRUST COMPANY**
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE  19801

  AND
  SERVE: **PRINCIPAL OFFICER**
      **ACON INVESTMENTS, LLC**
      1133 Connecticut Avenue NW, Suite 700
      Washington, DC  20036

  AND
  SERVE: **MICHAEL G. ADAMS**
      **KENTUCKY SECRETARY OF STATE**
      P.O. Box 718
      Frankfort, KY  40602-0718

**MAYFIELD TRUE VALUE**          **DEFENDANT**
1776 State Route 121 South
Mayfield, KY  42066

  SERVE: **MANAGING OFFICER**
      **MAYFIELD TRUE VALUE**
      1776 State Route 121 South
      Mayfield, KY  42066

  AND



|  |  |
|---|---|
| SERVE: | **MICHAEL S. MATUSEK**<br>917 North Main Street<br>Shelbyville, TN 37160-2831 |
| AND<br>SERVE: | **MICHAEL G. ADAMS**<br>**KENTUCKY SECRETARY OF STATE**<br>P.O. Box 718<br>Frankfort, KY 40602-0718 |

**SHELBYVILLE LUMBER COMPANY, INC.**　　　　　　　　　　　　　　　**DEFENDANT**
**d/b/a MAYFIELD TRUE VALUE**
917 North Main Street
Shelbyville, TN 37160-2831

|  |  |
|---|---|
| SERVE: | **MICHAEL S. MATUSEK**<br>917 North Main Street<br>Shelbyville, TN 37160-2831 |
| AND<br>SERVE: | **MANAGING OFFICER**<br>**SHELBYVILLE LUMBER COMPANY, INC.**<br>917 North Main Street<br>Shelbyville, TN 37160-2831 |
| AND<br>SERVE: | **MANAGING OFFICER**<br>**MAYFIELD TRUE VALUE**<br>1776 State Route 121 South<br>Mayfield, KY 42066 |
| AND<br>SERVE: | **MICHAEL G. ADAMS**<br>**KENTUCKY SECRETARY OF STATE**<br>P.O. Box 718<br>Frankfort, KY 40602-0718 |

******************

Come the Plaintiffs, Leslie and Gary Killian, by counsel and for their Complaint and Jury Demand state as follows:

1. Leslie and Gary Killian are residents of Graves County, Kentucky.

2. Midea Group Co., LTD. is a corporation organized pursuant to the laws of China, headquartered at Block B, Midea Headquarters Building, No. 6 Midea Avenue, Beijiao Town, Shunde District, Foshan City, Guangdong Province, 528311 China, that regularly furnishes products to and does business within the United States including the Commonwealth of Kentucky.

3. GD Midea Air Conditioning Equipment Co. LTD. is a corporation organized pursuant to the laws of China, headquartered at Block B, Midea Headquarters Building, No. 6 Midea Avenue, Beijiao Town, Shunde District, Foshan City, Guangdong Province, 528311 China, that regularly furnishes products to and does business within the United States including the Commonwealth of Kentucky.

4. Midea America Corp. is a Florida corporation headquartered at 5 Sylvan Way, Suite 100, Parsippany, New Jersey, 07054, that regularly furnishes products to and does business within the Commonwealth of Kentucky. Midea America Corp. is a subsidiary and affiliate of GD Midea Air Conditioning Equipment Co. LTD. and Midea Group Co., LTD. (GD Midea Air Conditioning Equipment Co. LTD., Midea Group Co., LTD. and Midea America Corp. are collectively referred to as "Midea").

5. Midea is the world's largest producer of major appliances, and the world's No. 1 brand of air-treatment products including air conditioners and HVA systems.

6. Midea's research and development office for the United States is Midea America Research Center ("MARC"), located at 2700 Chestnut Station Court, Louisville, Kentucky 40299. MARC is Midea's U.S. research hub working on R&D, innovation, product development strategy, understanding of the US appliance industry, trends, and customers, and providing technical support for Midea's North American business. MARC also actively participates in standard-setting bodies and interacts with government regulatory organizations and third-party testing agencies. MARC's

actions have included petitioning the Assistant Secretary of Energy Efficiency and Renewable Energy, U.S. Department of Energy for a waiver from certain test procedures for air conditioners manufactured by GD Midea Air Conditioning Equipment Co. LTD.

7. Midea America Corp. and MARC are regularly involved in the development of and testing of air conditioners and air conditioning equipment manufactured by Midea.

8. True Value Company, LLC is a Delaware corporation having its principal place of business in the state of Illinois. True Value Company, LLC regularly furnishes products to and does business in the Commonwealth of Kentucky.

9. True Value Company is a wholesale supplier to True Value Stores including Shelbyville Lumber Company, Inc. d/b/a Mayfield True Value.

10. True Value Company regularly furnishes products to and does business in the Commonwealth of Kentucky.

11. True Value Company and/or True Value Company, LLC are the owners of the HomePointe air conditioner brand. HomePointe air conditioners are designed, manufactured, tested and distributed by Defendants Midea America Corp., GD Midea Air Conditioning Equipment Co., LTD, and Midea Group Co., LTD.

12. Acon Investments, LLC is a limited liability company organized pursuant to the laws of Delaware and having its principal place of business in Washington, DC.

13. Acon Investments, LLC is the owner of True Value Company and True Value Company, LLC.

14. Acon Investments, LLC through True Value Company, LLC and True Value Company regularly furnishes products to and does business in the Commonwealth of Kentucky.

15. Mayfield True Value is a business operating in and located in Mayfield, Kentucky.

16. Mayfield True Value is a retail hardware store selling hardware and other goods directly to consumers.

17. The Managing Officer of Mayfield True Value is Michael S. Matusek located in Shelbyville, Tennessee.

18. Shelbyville Lumber Company, Inc. d/b/a Mayfield True Value is a Tennessee corporation that regularly furnishes products to and does business in the Commonwealth of Kentucky.

19. Shelbyville Lumber Company, Inc. owns and operates and does business as Mayfield True Value.

20. The True Value Hardware store located in Mayfield, Kentucky and known as Mayfield True Value is owned and operated by Shelbyville Lumber Company, Inc. (Hereinafter, Shelbyville Lumber Company, Inc. d/b/a Mayfield True Value and Mayfield True Value are collectively referred to as "Mayfield True Value").

21. All of the defendants herein are subject to the jurisdiction of Kentucky by reason of regularly doing business within the Commonwealth of Kentucky and by reason of having caused tortious injury in the Commonwealth of Kentucky.

22. On September 18, 2022, Plaintiffs purchased a new HomePointe air conditioner from Mayfield True Value in Mayfield, Kentucky.

23. The HomePointe air conditioner purchased by Plaintiffs was designed, manufactured and tested by the Midea defendants.

24. "HomePointe" is a registered brand and trademark owned by the Defendant True Value Company and/or True Value Company, LLC.

25.    True Value Company, True Value Company, LLC and Acon Investments, LLC distributed and marketed HomePointe air conditioners manufactured by Midea, including the HomePointe air conditioner purchased by Plaintiffs.

26.    The HomePointe air conditioner purchased by Plaintiffs was a 110-volt window unit.

27.    After purchasing the HomePointe window air conditioner, Plaintiffs installed the unit in their home. Upon turning the air conditioner on, the LED control lights on the unit constantly flickered and the HomePointe air conditioner could not be operated with the controls built into the unit.

28.    Although the controls located on the HomePointe air conditioner unit would not function, a remote control supplied with the unit did function and allowed Plaintiffs to control the HomePointe air conditioner window unit.

29.    Upon encountering the problems with the HomePointe air conditioner as set forth above, Plaintiffs took a video of the air conditioner including the flickering LED control lights and returned to Mayfield True Value, explained how the unit was malfunctioning and presented the video to the agents, servants, and employees of Mayfield True Value.

30.    In response to Plaintiff's problems with the air conditioner, Plaintiffs were advised by the agents, servants, and employees of Mayfield True Value to contact customer care for HomePointe.

31.    Plaintiffs were advised by the agents, servants, and employees of Mayfield True Value to continue using the air conditioner.

32. Plaintiffs contacted the HomePointe customer support center, which is actually operated by Midea acting as the authorized agent for True Value Company, True Value Company, LLC and Acon Investments, LLC.

33. Plaintiffs were advised by the HomePointe customer support center that a new unit would be shipped to Mayfield True Value and that upon its arrival, Plaintiffs would be notified so that they could swap the HomePointe air conditioner they had purchased for the new unit.

34. Plaintiffs were advised by both Mayfield True Value and the HomePointe customer support center that they could continue to use the air conditioner they had purchased until the new air conditioner arrived.

35. Both Mayfield True Value and the HomePointe customer support center failed to warn Plaintiffs that the air conditioner was defective and unreasonably dangerous.

36. Plaintiffs did continue to use the HomePointe air conditioner while waiting for the new unit. Plaintiffs were able to use the HomePointe air conditioner by using the remote control.

37. On October 5, 2022, the HomePointe air conditioner malfunctioned causing sparks to emit from the air conditioner and causing the air conditioner to catch fire.

38. As a result of the sparks emitted from the defective and unreasonably dangerous air conditioner and the fire in the air conditioner, Plaintiffs' home was caused to catch fire.

39. The Defendants herein through their servants, employees, agents and ostensible agents negligently advised Plaintiffs to continue to use the HomePointe air conditioner window unit despite that they knew or should have known that the HomePointe air conditioner window unit was in a defective and unreasonably dangerous condition.

40. The Defendants herein, through their servants, employees, agents and ostensible agents negligently failed to warn Plaintiffs that the HomePointe air conditioner window unit was defective and unreasonably dangerous.

41. As a result of the defective and unreasonably dangerous condition of the air conditioner window unit as set forth above, Plaintiffs' home and contents were completely destroyed, and Plaintiff Leslie Killian sustained significant burn injuries.

42. The Defendants herein expressly and impliedly warranted that the HomePointe air conditioner was fit for its ordinary purposes intended and that it was of merchantable quality.

43. The Defendants breached their expressed and implied warranties of merchantability and fitness for intended purpose since the air conditioner was in a defective and unreasonably dangerous condition, was not fit for its intended purpose and was not of merchantable quality.

44. As a result of Defendants' breach of both expressed and implied warranties, the HomePointe air conditioner malfunctioned, Plaintiffs' home and contents were completely destroyed, and Plaintiff Leslie Killian sustained significant burn injuries.

45. As a result of her injuries, Leslie Killian has suffered and will suffer in the future, medical expenses, lost earning potential, mental, physical and emotional injury and loss of enjoyment of life.

46. As a result of the injuries sustained by Leslie Killian, Plaintiff Gary Killian has sustained the loss of consortium of his wife, Leslie Killian.

47. As a result of the wrongful acts of the Defendants as set forth above, the Plaintiffs have sustained injury as a result of the destruction of both real and personal property.

48. The claims set forth herein exceed the minimum jurisdiction of this Court.

49. The wrongful acts of the Defendants as set forth herein constitute gross negligence, malice and oppression for which Plaintiffs are entitled to recover punitive damages.

50. Defendants by and through their servants, employees, agents and ostensible agents authorized, ratified and should have anticipated the forgoing punitive conduct, entitling Plaintiffs to recover punitive damages pursuant to KRS 411.184.

WHEREFORE Plaintiffs, Leslie and Gary Killian, demand a judgment against the Defendants herein, in such an amount as will fairly and reasonably compensate them for their injuries herein, for trial by jury, for interest on the damage to their real and personal property from the date of loss of October 5, 2022, for punitive damages, and all other relief to which they may appear to be properly entitled.

Respectfully Submitted,

/s/ Douglas H. Morris
Douglas H. Morris (KY Bar No. 50175)
Lea A. Player (KY Bar No. 84446)
Robyn Bell Stanton (KY Bar No. 91509)
MORRIS & PLAYER PLLC
1211 Herr Lane, Ste 205
Louisville, KY 40222
(502) 426-3430 Telephone
(502) 426-3633 Facsimile
dhm@morrisplayer.com
lap@morrisplayer.com
rbs@morrisplayer.com
mppleadings@morrisplayer.com
*Counsel for Plaintiffs*

## CERTIFIED LIST OF PARTIES HOLDING SUBROGATION
## RIGHTS HAVING BEEN NOTIFIED OF THIS ACTION

Pursuant to KRS 411.188(4), the forgoing attorney certifies that the following persons who may have subrogation rights have been notified via certified mail that failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action:

Wellcare of Kentucky/Wellcare Medicaid
P.O. Box 31224
Tampa, FL  33631



Filed         23-CI-00272     09/27/2023       Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
10/16/2023 12:38:51 PM
79431

Date Produced: 09/27/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8331 0879 38. Our records indicate that this item was delivered on 09/26/2023 at 01:22 p.m. in WASHINGTON, DC 20036. The scanned image of the recipient information is provided below.

Signature of Recipient :

[signature: Monica Vivahw]

Address of Recipient :     1133 CONNECTICUT AVE NW STE 700, WASHINGTON, DC 20036

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      C4482534.26793954

Filed         23-CI-00272     09/27/2023       Emily Ward Buzanis, Graves Circuit Clerk

AOS : 000001 of 000001