## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

**LESLIE KILLIAN, ET AL.**                                                                 **PLAINTIFFS**

**v.**                                                                                     **No. 5:23-cv-141-BJB**

**MIDEA GROUP CO., LTD., ET AL.**                                                          **DEFENDANTS**

\* \* \*

### MEMORANDUM OPINION & ORDER

On Sept. 6, 2024, the Court held an in-person hearing to address all pending motions in this case. For the reasons stated during he hearing, the Court grants the Plaintiffs' motion to remand (DN 9) and denies as moot and without prejudice the Plaintiffs' motion to hold ruling in abeyance (DN 15), Defendant Acon Investments, LLC's motion to dismiss (DN 7) or alternative motion for summary judgment (DN 13), Defendant Midea Group Co., LTD's motion to dismiss (DN 21), and Defendant GD Midea Air Conditioning Equipment Co., LTD's motion to dismiss (DN 22).

1